JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CESAR LUCAS TRILLO, | Case No. 2:23-CV-00636-JLS |
| --- | --- |
| Petitioner, | Case No. 8:17-CR-00172-JLS |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

The Clerk shall close the case.

Dated: May 30, 2023

JOSEPHINE L. STATON
The Hon. Josephine L. Staton
United States District Judge